[No. 13644. Department One. — October 23, 1890.]

JOHN G. FAEKLER, RESPONDENT, *v.* CHARLES L. WRIGHT ET AL., APPELLANTS.

FORECLOSURE OF MORTGAGE — VENUE — JURISDICTON — NEW COUNTY — PLEADING — EXHIBIT — GOVERNMENT SURVEY — JUDICIAL NOTICE. — In an action to foreclose a mortgage brought in a new county framed out of the county described in the mortgage, the court will take judicial notice that the premises are situated in the new county, notwithstanding the failure of the complaint specifically to allege that fact, if the copy of the mortgage referred to in the complaint, and attached to it as an exhibit, describes the land by section, range, and township, according to the government survey, showing that the mortgaged premises are located as matter of fact in the new county.

APPEAL from a judgment of the Superior Court of Orange County.

The facts are stated in the opinion of the court.

*Victor Montgomery,* for Appellants.

*Ray Billingsby,* for Respondent.

PATERSON, J.—The only question raised by appellant which is worthy of consideration is, whether the court below had jurisdiction of the subject-matter. The complaint refers to the copy of the mortgage attached thereto for a description of the property. It is described therein as follows: "The real property situate in the Rancho Santiago de Santa Ana, county of Los Angeles, state of California, and described as follows, to wit: The northwest quarter of lot No. 3, of block C, containing ten acres of land in the A. B. Chapman tract, according to the survey thereof made by Frank Lecouvrer in the year 1870, being a portion of the northwest quarter of section 33, township 4 south, range 9 west, of San Bernardino base and meridian." There is no allegation that the property described in the mortgage is a portion of the territory which has, since the execution of the

mortgage, been taken from the county of Los Angeles to create the county of Orange; but, as a matter of fact, township 4 south, range 9 west, of San Bernardino base and meridian, is a part of that territory, and it is a fact of which the court takes judicial notice. (Code Civ. Proc., sec. 1875, subds. 3, 8.)

Judgment affirmed.

WORKS, J., and FOX, J., concurred.